# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br>   vs.<br><br>JALISSA HALEY FERN SPOTTED BIRD,<br><br>            Defendant. | CR-20-08-GF-BMM<br><br>**ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on January 11, 2023. (Doc. 52.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on January 10, 2023. (Doc. 47.) The United States accused Jalissa Spotted Bird (Spotted Bird) of violating her conditions of supervised release 1) by using methamphetamine; and 2) by consuming alcohol. (Doc. 44.)

At the revocation hearing, Spotted Bird admitted to violating the conditions of her supervised release 1) by using methamphetamine; and 2) by consuming alcohol. Judge Johnston found that the violations proved to be serious and warranted revocation, and recommended that Spotted Bird receive a custodial sentence until 12:00 p.m. (noon) on January 17, 2023 , with 23 months of supervised release to follow, with the first 60 days of supervised release in a secure inpatient drug treatment facility such as Connections Corrections in Butte, Montana. (Doc. 52.) Spotted Bird was advised of her right to appeal and her right to allocute before the undersigned. She waived those rights. (Doc. 47.) The violations prove serious and warrants revocation of Spotted Bird's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Amended Findings and Recommendations (Doc. 52) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Defendant Jalissa Haley Fern Spotted Bird be sentenced to the custody of the United States Bureau of Prisons until 12:00 p.m. (noon) on January

17, 2023, with 23 months of supervised release to follow. Spotted Bird should spend the first 60 days of supervised release in a secure inpatient drug treatment facility, such as Connections Corrections in Butte, Montana.

DATED this 12th day of January, 2023.

_____
Brian Morris, Chief District Judge
United States District Court