IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JALISSA HALEY FERN SPOTTED BIRD,<br><br>Defendant. | CR 20-28-GF-BMM-JTJ<br><br>**FINDINGS AND RECOMMENDATIONS** |

## I. Synopsis

Defendant Jalissa Haley Fern Spotted Bird (Spotted Bird) has been accused of violating the conditions of her supervised release. The government satisfied its burden of proof with respect to the alleged violation. Spotted Bird's supervised release should be revoked. Spotted Bird should be placed in custody for 3 months, with 20 months of supervised release to follow. Spotted Bird should serve the first 60 days of her supervised release at a secure inpatient drug treatment facility such as Passages in Billings, Montana.

## II. Status

Spotted Bird pleaded guilty to Aiding and Abetting Robbery on October 15, 2020. (Doc. 29). The Court sentenced Spotted Bird to 30 months of

custody, followed by 2 years of supervised release. (Doc. 39). Spotted Bird's current term of supervised release began on January 17, 2023. (Doc. 57 at 2).

**Petition**

The United States Probation Office filed a Petition on February 15, 2023, requesting that the Court revoke Spotted Bird's supervised release. (Doc. 57). The Petition alleged that Spotted Bird had violated the conditions of her supervised release by failing to complete her 60-day term at Connections Corrections.

**Initial appearance**

Spotted Bird appeared before the undersigned for her initial appearance on February 27, 2023. Spotted Bird was represented by counsel. Spotted Bird stated that she had read the petition and that she understood the allegations. Spotted Bird waived her right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on February 27, 2023. The government satisfied its burden of proof with respect to the alleged violation. The violation is serious and warrants revocation of Spotted Bird's supervised release.

Spotted Bird's violation is a Grade C violation. Spotted Bird's criminal

history category is II. Spotted Bird's underlying offense is a Class C felony. Spotted Bird could be incarcerated for up to 24 months. Spotted Bird could be ordered to remain on supervised release for up to 23 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 4 to 10 months.

## III. Analysis

Spotted Bird's supervised release should be revoked. Spotted Bird should be incarcerated for 3 months, with 20 months of supervised release to follow. This sentence is sufficient but not greater than necessary. Spotted Bird should serve the first 60 days of her supervised release at a secure inpatient drug treatment facility such as Passages in Billings, Montana.

## IV. Conclusion

The Court informed Spotted Bird that the above sentence would be recommended to Chief United States District Judge Brian Morris. The Court also informed Spotted Bird of her right to object to these Findings and Recommendations within 14 days of their issuance. The Court explained to Spotted Bird that Judge Morris would consider a timely objection before making a final determination on whether to revoke her supervised release and what, if any, sanction to impose.

The Court **FINDS:**

That Jalissa Haley Fern Spotted Bird has violated the conditions of her supervised release by failing to complete her 60-day term at Connections Corrections.

The Court **RECOMMENDS:**

The District Court should revoke Spotted Bird's supervised release and commit Spotted Bird to the custody of the United States Bureau of Prisons for 3 months, with 20 months of supervised release to follow. Spotted Bird should serve the first 60 days of her supervised release at a secure inpatient drug treatment facility such as Passages in Billings, Montana.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge, and

may waive the right to appear and allocute before a district court judge.

DATED this 1st day of March, 2023.

/s/ John Johnston
John Johnston
United States Magistrate Judge