THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CR-20-28-GF-BMM** |
| Plaintiff, | |
| vs. | |
| JALISSA HALEY FERN SPOTTED BIRD, | **ORDER** |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and

Recommendations in this matter on March 1, 2023. (Doc. 64.)

When a party makes no objections, the Court need not review *de novo* the

proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140,

153-52 (1986). This Court will review Judge Johnston's Findings and

Recommendations, however, for clear error. *McDonnell Douglas Corp. v.*

*Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on February 27, 2023. (Doc.

60.)  The United States accused Jalissa Spotted Bird (Spotted Bird) of violating her

conditions of supervised release by failing to complete her 60-day term at

Connections Corrections.  (Doc. 57.)

At the revocation hearing, Spotted Bird admitted to violating the conditions

of her supervised release by failing to complete her 60-day term at Connections

Corrections. (Doc. 60.)  Judge Johnston found that the violation that Spotted Bird

admitted proved to be serious and warranted revocation, and recommended that

Spotted Bird receive a custodial sentence of 3 months 20 months supervised

release to follow with the first 60 days of her supervised release at a secure

inpatient drug treatment facility such as Passages in Billings, Montana.  (Doc. 64.)

Spotted Bird was advised of her right to appeal and her right to allocute before the

undersigned. She waived those rights.  (Doc. 60.)  The violations prove serious and

warrants revocation of Standingrock's supervised release. The Court finds no clear

error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's  Findings and

Recommendations (Doc. 64) are **ADOPTED IN FULL.  IT IS FURTHER**

**ORDERED** that Defendant Jalissa Haley fern Spotted Bird be sentenced to the

custody of the United States Bureau of Prisons for 3 months and 20 months

supervised release to follow. Spotted Bird should serve the first 60 days of her

supervised release at a secure inpatient drug treatment facility such as Passages in

Billings, Montana.

DATED this 16th day of March, 2023.

_____
Brian Morris, Chief District Judge
United States District Court